United States District Court
Southern District of Texas
**ENTERED**
July 02, 2019
David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KATHERINE ANN MIMS, Individually as Surviving Spouse, and as Representative of the Estate of MICHAEL GENE MIMS, Deceased, et al. | § § § § § | |
| *Plaintiffs,* | § § | Civil Action No.: 4:17-cv-00103 |
| v. | § § | |
| CANADIAN HOME ROTORS, INC., a foreign corporation, CHR INTERNATIONAL INC., d/b/a Safari Helicopter, a Florida Corporation, et al. | § § § § § | |
| *Defendants.* | § § | |

---

## AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL

---

On June 7, 2019, this cause came to be heard and all parties appeared by and through their counsel of record and announced to the Court that a compromise and settlement had been reached. Accordingly, the parties move the Court to enter judgment as follows:

IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs, KATHERINE ANN MIMS, as Wrongful Death Beneficiary and Representative of the Estate of MICHAEL GENE MIMS, and ROBERT GENE MIMS, KEVIN GENE MIMS, DAVID GENE MIMS and BOBBY GENE MIMS as Wrongful Death Beneficiaries of MICHAEL GENE MIMS and SMIMCO, LLC, recover judgment against Defendants, CHR INTERNATIONAL, INC., SAFARI HELICOPTERS, INC., ECHO MATERIALS, INC. and TRISTATE HELICOPTER, INC., in the amount of Two Million Two Hundred Forty-Four Thousand Two Hundred Fifty-Nine AND 00/100 ($2,244,259.00) DOLLARS.

IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs, KATHERINE ANN MIMS, as Wrongful Death Beneficiary and Representative of the Estate of MICHAEL GENE MIMS, and ROBERT GENE MIMS, KEVIN GENE MIMS, DAVID GENE MIMS and BOBBY GENE MIMS as Wrongful Death Beneficiaries of MICHAEL GENE MIMS and SMIMCO, LLC, take nothing in this suit against Defendants, BOBBY J. BAKER and LETITIA DELANE BAKER, and said Defendants be in all things discharged and go hence without delay.

The judgment awarded herein shall bear interest at the rate of FIVE PERCENT (5%) per annum, compounded annually, from the date this judgment is entered until paid.

All costs of court are adjudged against Defendants, CHR INTERNATIONAL, INC., SAFARI HELICOPTERS, INC., ECHO MATERIALS, INC. and TRISTATE HELICOPTER, INC.

This judgment is final, disposes of all claims and parties, and is appealable. All relief not herein expressly granted by the Court is DENIED.

Signed at Houston, Texas, this ___ day of July, 2019.

Andrew S. Hanen
United States District Judge